AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>CAROL HENDERSON</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Plaintiff(s)</em></td><td>)</td><td rowspan="2">Civil Action No.  0:26-cv-61201-WPD</td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td></tr>
<tr><td style="text-align:center">BROWARD METROPOLITAN PLANNING<br>ORGANIZATION</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BROWARD METROPOLITAN PLANNING ORGANIZATION
c/o Gregory Stewart, Executive Director
100 W Cypress Creek Road, #650
Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANA M. GALLUP, ESQ
GALLUP AUERBACH
4000 HOLLYWOOD BOULEVARD, STE #265 SOUTH
HOLLYWOOD, FL 33021
T: 954.894.3035 E: DGALLUP@GALLUP-LAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date:  Apr 23, 2026

Angela E. Noble
Clerk of Court